UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-2087-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a 60-day extension of time to file an amended complaint in accordance with the court's October 29, 2020 order.

Plaintiff's motion (ECF No. 8) is granted and he has 60 days from the date this order is served to file an amended complaint. Plaintiff is cautioned that the amended complaint need not be overly detailed. Instead, plaintiff need only submit a short and plain statement of the facts giving rise to his claims. Plaintiff must clearly identify each defendant, state what each defendant did to violate his rights, and include a request for relief. The complaint should not contain legal citations and does not need to include any other documents, exhibits or other forms of evidence.

/////

/////

/////

1  To assist plaintiff, the Clerk of the Court shall to send to him a form complaint for use by
2  prisoners in § 1983 actions.
3      So ordered.
4  Dated:  November 19, 2020.
   EDMUND F. BRENNAN
5  UNITED STATES MAGISTRATE JUDGE