UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FORD,<br><br>             Plaintiff,<br><br>    v.<br><br>CASSOL,<br><br>             Defendant. | No.  2:20-cv-2087-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to file a response to defendant's motion for summary judgment.

Plaintiff's request (ECF No. 48) is granted and plaintiff has 30 days from the date this order is served to file his response.

So ordered.

Dated: April 29, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE